## Attachment A:  Real Services, Benefits or Program Activities

I certify that the organization named in this application provided or conducted real services, benefits, assistance, or program activities, in 15 or more different states -- or one foreign country -- over the three year period immediately preceding the date of this application (2003, 2004, 2005). Include as Attachment A a list of each state -- or foreign countries -- where program activities have been provided and a detailed description of the program

Organization Name: **American Association of Kidney Patients, Inc.**

# National

## Alabama

(Attachment A)

Month of Service: **October**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **150**

Description of Service:
**ESRD Network #8 Patient Education Meeting**

**AAKP presented and distributed a wide variety of educational materials on the educational efforts of the Association to the mostly patient audience.**

## Arizona

(Attachment A)

Month of Service: **September**        Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **25**

Description of Service:
**Finding Your Strength Educational Program - A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD), and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension, and the side effects and challenges faced by patients with CKD.**

## California

(Attachment A)

Month of Service: **August**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **70**

Description of Service:
**Finding Your Strength Educational Program - AAKP Harbor South Bay Chapter**

**A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.**



EXHIBIT
**A**
ALL-STATE LEGAL®

Month of Service: **August**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **6 5**

Description of Service:
**Finding Your Strength Educational Program – Los Angeles Chapter**

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

Month of Service: **September**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **8**

Description of Service:
**Finding Your Strength Educational Program – AAKP Riverside Chapter**

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

Month of Service: **September**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **2 0**

Description of Service:
**Finding Your Strength Educational Program – AAKP Redding California Chapter**

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

Month of Service: **Whole Year**    Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **175**

Description of Service:
AAKP Harbor South Bay Orange County Chapter

The American Association of Kidney Patients provides technical, programming, financial assistance and training to our nationwide chapter network including:
* Specific, pre-packaged edcational and fund raising programs.
* Financial support through educational grants to fund such programs as the Kidney Care: Finding Your Strength programs and scholarships to attend AAKP'as annual chapter leadership training.
* An annual one-day training session in conjunction with the AAKP Annual Convention for chapter leaders.
* Complete free access to AAKP's wide variety of educational materials, brochures and programs.
* Maintenance of all membership records on behalf of our chapters and the filing of all tax returns on behalf of our chapters.
*   Access to the antional office staff (including a specific staff liason for questions, support, advice, etc.

Month of Service: **Whole Year**    Type of Service: **- Select -**
Year of Service: **2004**
Number of People Served: **200**

Description of Service:
AAKP Los Angeles Chapter

The American Association of Kidney Patients provides technical, programming, financial assistance and training to our nationwide chapter network including:
* Specific, pre-packaged edcational and fund raising programs.
* Financial support through educational grants to fund such programs as the Kidney Care: Finding Your Strength programs and scholarships to attend AAKP'as annual chapter leadership training.
* An annual one-day training session in conjunction with the AAKP Annual Convention for chapter leaders.
* Complete free access to AAKP's wide variety of educational materials, brochures and programs.
* Maintenance of all membership records on behalf of our chapters and the filing of all tax returns on behalf of our chapters.
*   Access to the antional office staff (including a specific staff liason for questions, support, advice, etc.

## Colorado                                                   (Attachment A)

Month of Service: **September**    Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **300**

Description of Service:
National Renal Administrators Association Annual Meeting

AAKP exhibited and distributed free educational materials to the attendees of this national conference for dialysis facility administrators. Several hundred copies of each of our educational materials were distributed.

## District of Columbia

(Attachment A)

Month of Service: **March**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **350**

Description of Service:
**Renal Physicians Annual Meeting**

**AAKP exhibited and distributed free educational materials to the attendees of the Renal Physicians Assocaition Annual Meeting. Several hundred copies of our educational materials were distributed.**

Month of Service: **March**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **400**

Description of Service:
**Renal Physicians Annual Meeting**

**AAKP exhibited and distributed free educational materials to the attendees of the Renal Physicians Assocaition Annual Meeting. Several hundred copies of our educational materials were distributed.**

## Florida

(Attachment A)

Month of Service: **March**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **46**

Description of Service:
**Finding Your Strength Educational Program - AAKP Tampa Bay Chapter**

**A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.**

Month of Service: **March**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **42**

Description of Service:
**Finding Your Strength Educational Program - St. Augustine, Florida**

**A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.**

Month of Service: **October**      Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **25**

Description of Service:
Finding Your Strength Educational Program - AAKP South Florida Chapter

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

Month of Service: **Whole  Year**      Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **150**

Description of Service:
AAKP Tampa Bay Chapter

The American Association of Kidney Patients provides technical, programming, financial assistance and training to our nationwide chapter network including:
* Specific, pre-packaged edcational and fund raising programs.
* Financial support through educational grants to fund such programs as the Kidney Care: Finding Your Strength programs and scholarships to attend AAKP'as annual chapter leadership training.
* An annual one-day training session in conjunction with the AAKP Annual Convention for chapter leaders.
* Complete free access to AAKP's wide variety of educational materials, brochures and programs.
* Maintenance of all membership records on behalf of our chapters and the filing of all tax returns on behalf of our chapters.
* Access to the antional office staff (including a specific staff liason for questions, support, advice, etc.

Month of Service: **Whole  Year**      Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **250**

Description of Service:
AAKP Palm Beach Chapter

The American Association of Kidney Patients provides technical, programming, financial assistance and training to our nationwide chapter network including:
* Specific, pre-packaged edcational and fund raising programs.
* Financial support through educational grants to fund such programs as the Kidney Care: Finding Your Strength programs and scholarships to attend AAKP'as annual chapter leadership training.
* An annual one-day training session in conjunction with the AAKP Annual Convention for chapter leaders.
* Complete free access to AAKP's wide variety of educational materials, brochures and programs.
* Maintenance of all membership records on behalf of our chapters and the filing of all tax returns on behalf of our chapters.
* Access to the antional office staff (including a specific staff liason for questions, support, advice, etc.

Month of Service: **Whole Year**        Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **175**

Description of Service:
**AAKP South Florida Chapter**

The American Association of Kidney Patients provides technical, programming, financial assistance and training to our nationwide chapter network including:
* Specific, pre-packaged edcational and fund raising programs.
* Financial support through educational grants to fund such programs as the Kidney Care: Finding Your Strength programs and scholarsbips to attend AAKP'as annual chapter leadership training.
* An annual one-day training session in conjunction with the AAKP Annual Convention for chapter leaders.
* Complete free access to AAKP's wide variety of educational materials, brochures and programs.
* Maintenance of all membership records on behalf of our chapters and the filing of all tax returns on behalf of our chapters.
* Access to the antional office staff (including a specific staff liason for questions, support, advice, etc.

## Georgia                                                                (Attachment A)

Month of Service: **May**        Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **25**

Description of Service:
**Finding Your Strength Educational Program**

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

## Illinois                                                               (Attachment A)

Month of Service: **March**        Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **100**

Description of Service:
**Finding Your Strength Educational Program with Alonzo Mourning**

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

## Indiana

      Month of Service: **August**     Type of Service: **Education**
        Year of Service: **2004**
  Number of People Served: **2000**

Description of Service:
**American Association of Diabetes Educators Annual Meeting.**

**AAKP exhibited our wide variety of free educational materials to the attendees of the American Association of Diabetes Educator's Annual Meeting. Several thousand pieces of AAKP's educational materials were distributed.**

## Louisiana

      Month of Service: **August**     Type of Service: **Education**
        Year of Service: **2003**
  Number of People Served: **450**

Description of Service:
**AAKP 30th Annual Convention - A four day seminar providing education to kidney patients including both those on dialysis and those with reduced kidney function. Educational topics cover a wide variety of issues including adequacy of dialysis, new advances, treatment choics, transplantation, exercise, dit, employment, social issues and many others.**

      Month of Service: **August**     Type of Service: **Education**
        Year of Service: **2003**
  Number of People Served: **33**

Description of Service:
**Finding Your Strength Educational Program - AAKP North Lousiana Chapter**

**A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.**

## Maryland

      Month of Service: **November**     Type of Service: **Education**
        Year of Service: **2003**
  Number of People Served: **25**

Description of Service:
**Finding Your Strength Educational Program**

**A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.**

## Mississippi

Month of Service: **September**        Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **55**

Description of Service:
**Finding Your Strength Educational Program**

**A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.**

## Missouri

Month of Service: **November**        Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **53**

Description of Service:
**Finding Your Strength Educational Program - Kansas City**

**A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension, and side effects and challenges faced by patients with CKD.**

## New Jersey

Month of Service: **October**        Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **18**

Description of Service:
**Finding Your Strength Educational Program - Northern New Jersey Chapter**

**A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.**

## New York

(Attachment A)

Month of Service: **July**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **73**

Description of Service:
**Finding Your Strength Educational Program**

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

Month of Service: **Whole Year**    Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **85**

Description of Service:
**AAKP Brooklyn Barry Friedman Chapter**

The American Association of Kidney Patients provides technical, programming, financial assistance and training to our nationwide chapter network including:
* Specific, pre-packaged edcational and fund raising programs.
* Financial support through educational grants to fund such programs as the Kidney Care: Finding Your Strength programs and scholarships to attend AAKP'as annual chapter leadership training.
* An annual one-day training session in conjunction with the AAKP Annual Convention for chapter leaders.
* Complete free access to AAKP's wide variety of educational materials, brochures and programs.
* Maintenance of all membership records on behalf of our chapters and the filing of all tax returns on behalf of our chapters.
* Access to the antional office staff (including a specific staff liason for questions, support, advice, etc.

## Pennsylvania

(Attachment A)

Month of Service: **July**          Type of Service: **Education**
Year of Service: **2004**
Number of People Served: **30**

Description of Service:
**Finding Your Strength Educational Program**

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

## Tennessee

Month of Service: **April**
Year of Service: **2003**
Number of People Served: **4 8**

Type of Service: **Education**

Description of Service:
**Finding Your Strength Educational Program - Middle Tennessee Chapter**

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

Month of Service: **Whole Year**
Year of Service: **2004**
Number of People Served: **7 5**

Type of Service: **- Select -**

Description of Service:
AAKP Middle Tennessee Chapter

The American Association of Kidney Patients provides technical, programming, financial assistance and training to our nationwide chapter network including:
* Specific, pre-packaged edcational and fund raising programs.
* Financial support through educational grants to fund such programs as the Kidney Care: Finding Your Strength programs and scholarships to attend AAKP'as annual chapter leadership training.
* An annual one-day training session in conjunction with the AAKP Annual Convention for chapter leaders.
* Complete free access to AAKP's wide variety of educational materials, brochures and programs.
* Maintenance of all membership records on behalf of our chapters and the filing of all tax returns on behalf of our chapters.
* Access to the antional office staff (including a specific staff liason for questions, support, advice, etc.

## Texas

Month of Service: **April**
Year of Service: **2003**
Number of People Served: **3 5**

Type of Service: **Education**

Description of Service:
**Finding Your Strength Educational Program**

A free educational session for those who have or are approaching kidney disease. The goal of the program is to raise awareness about chronic kidney disease (CKD) and the importance of proper kidney care. At these educational sessions, participants learn about subjects such as how to care for the kidneys, conditions that can lead to CKD, such as diabetes and hypertension (high blood pressure), and side effects and challenges faced by patients with CKD.

**Utah**                                                                    (Attachment A)

Month of Service: **August**          Type of Service: **Education**
Year of Service: **2003**
Number of People Served: **2000**

Description of Service:
**American Association of Diabetes Educators Annual Meeting.**

**AAKP exhibited our wide variety of free educational materials to the attendees of the American Association of Diabetes Educator's Annual Meeting. Several thousand pieces of AAKP's educational materials were distributed.**

AAKP Programs

Kidney Care: Finding Your Strength

"Kidney Care: Finding Your Strength" is a free educational program that educates individuals about the basics of kidney disease and proper kidney care. Programs feature topics such as:

- What the kidneys are, what they do and how to care for them;
- Managing conditions that may lead to CKD;
- Side effects and challenges CKD patients face, such as anemia;
- Diet management;
- And much more!

Programs last approximately three hours and feature presentations given by healthcare professionals. In addition, attendees have the opportunity to ask questions in an open forum setting. A free anemia screening is also provided.

**Program Details for the 2003-2004 Fiscal Year: 18 total**

**Brooklyn, NY**
**Hosted by:** Brooklyn Mildred "Barry" Friedman Chapter
**Date:** July 20, 2003
**Where:** SUNY Downstate Medical Center
**Meeting Details:** Program consisted of presentations by renowned nephrologist Eli A. Friedman, MD, a renal dietitian and a Nephrology Nurse Educator. The president of SUNY Downstate Medical Center was also present at the program. Blood pressure screening was available free of charge.
**Number of Attendees:** 73

**Shreveport, LA**
**Hosted by:** North Louisiana Chapter
**Date:** August 1, 2003
**Where:** Willis-Knighton Pierremont Health Center
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and Dietitian. A few patients traveled from Dallas, TX to the program (app. a three hour drive).
**Number of Attendees:** 33

**Los Angeles, CA**
**Hosted by:** Los Angeles Chapter
**Date:** August 10, 2003

11

**Where:** Four Points by Sheraton Culver City
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a panel discussion (social worker, CKD patient and dietitian).
**Number of Attendees:** 65

**Riverside, CA**
**Hosted by:** Riverside Inland Valley Chapter
**Date:** September 13, 2003
**Where:** Hilton San Bernardino
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a question and answer session.
**Number of Attendees:** 8

**Redding, CA**
**Hosted by:** Redding California Chapter
**Date:** September 21, 2003
**Where:** Red Lion Hotel Redding
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and diabetes educator, as well as a question and answer session.
**Number of Attendees:** 20

**Jackson, MS**
**Hosted by:** AAKP
**Date:** September 27, 2003
**Where:** Hilton Jackson
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a panel discussion (social worker, nephrologist, dietitian and nurse).
**Number of Attendees:** 55

**Livingston, NJ**
**Hosted by:** AAKP Northern New Jersey Chapter
**Date:** October 12, 2003
**Where:** St. Barnabas Medical Center
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a dietitian.
**Number of Attendees:** 18

**Ft. Lauderdale, FL**
**Hosted by:** AAKP South Florida Chapter
**Date:** October 19, 2003
**Where:** Ft. Lauderdale Marriott North

**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator, diabetes educator and a panel discussion (nephrology nurse educator, social worker and diabetes educator).
**Number of Attendees:** 25

**Baltimore, MD**
**Hosted by:** AAKP
**Date:** November 1, 2003
**Where:** Best Western Hotel and Conference Center
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a diabetes educator/dietitian.
**Number of Attendees:** 25

**West Palm Beach, FL**
**Hosted by:** AAKP Palm Beach County Chapter
**Date:** November 8, 2003
**Where:** Hilton Palm Beach Airport
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator, nephrologist and a panel discussion (two social workers and a dietitian).
**Number of Attendees:** 45

**Tyler, TX**
**Hosted by:** AAKP Piney Woods Chapter
**Date:** November 9, 2003
**Where:** Trinity Mother Frances Hospital
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a question and answer period.
**Number of Attendees:** 45

**Tampa, FL**
**Hosted by:** Tampa Bay Chapter
**Date:** February 21, 2004
**Where:** Tampa Marriott Westshore
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator, dietitian, diabetes educator and panel of experts (dietitian, social worker, CKD patient, kidney patient educator, diabetes educator).
**Number of Attendees:** 38

**Anaheim, CA**
**Hosted by:** Harbor – South Bay – Orange County Chapter
**Date:** March 6, 2004
**Where:** Embassy Suites Hotel Anaheim North

**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator, and "Ask the Experts" session (dietitian, social worker, pharmacist, nurse).
**Number of Attendees:** 80

**New Orleans, LA**
**Hosted by:** AAKP
**Date:** April 3, 2004
**Where:** Wyndham Metairie – New Orleans
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator and Dietitian/Diabetes Educator Kimberly McKinney, RD, CDE, with the American Association of Diabetes Educators.
**Number of Attendees:** 20

**Brooklyn, NY**
**Hosted by:** AAKP Brooklyn Mildred "Barry" Friedman Chapter
**Date:** April 25, 2004
**Where:** SUNY Downstate Medical Center
**Meeting Details:** Program consisted of a presentation by Eli A. Friedman, MD, a Nephrology Nurse Educator, and a social worker session for both caregivers and patients.
**Number of Attendees:** 93

**Chicago, IL**
**Hosted by:** AAKP
**Date:** May 1, 2004
**Where:** Holiday Inn – Oak Lawn
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator and a presentation by Paul Crawford, MD, followed by a question and answer session.
**Number of Attendees:** 45

**Houston, TX**
**Hosted by:** AAKP
**Date:** May 22, 2004
**Where:** Park Plaza Hotel Reliant Center – Houston
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator and a presentation by Stephen Fadem, MD, followed by a question and answer session.
**Number of Attendees:** 65

**San Diego, CA**
**Hosted by:** AAKP
**Date:** June 26, 2004

**Where:** Doubletree Club Hotel
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator followed by a presentation by a dietitian, Debbie Stanley, RD.
**Number of Attendees:** 30



**AAKP Programs**

**Chapters**

AAKP has 14 Chapters* nationwide, led by volunteers. AAKP Chapters provide a valuable service by offering local programs to patients and their families. Many chapters hold educational seminars, social functions and support group meetings. Chapters are required to fundraise and produce a newsletter. Membership in AAKP includes membership in the local chapter, where available.

*2003-2004 Chapter Openings:

AAKP's Lehigh Valley Chapter, located in Allentown, PA, officially opened in June 2004.
AAKP's Space City Chapter, located in Houston, TX, officially opened in June 2004.



1.) Los Angeles • Judy Weintraub, President
2.) Harbor-South Bay-Orange County • Mary Helsick, President
3.) Northern New Jersey • Barry Valentine, President
4.) Brooklyn Mildred "Barry" Friedman • Linda Cohen, President
5.) Lehigh Valley • Jill Davis, President
6.) Middle Tennessee • Ellie Durrett, President
7.) Lone Star • Tanya Randle, President
8.) Dallas/Ft. Worth Area • Gene Bates, President
9.) Piney Woods • Edwin Hargraves, President
10.) Space City • Vera Coleman-Foreman, President

11.) North Louisiana • Jonnie Marshall, President
12.) Tampa Bay • Donald Dowe, President
13.) Palm Beach County • Charles Glauber, President
14.) South Florida • Edward Gray, President

### AAKP Programs

### Kidney Care: Finding Your Strength

"Kidney Care: Finding Your Strength" is a free educational program that educates individuals about the basics of kidney disease and proper kidney care. Programs feature topics such as:

- What the kidneys are, what they do and how to care for them;
- Managing conditions that may lead to CKD;
- Side effects and challenges CKD patients face, such as anemia;
- Diet management;
- And much more!

Programs last approximately three hours and feature presentations given by healthcare professionals. In addition, attendees have the opportunity to ask questions in an open forum setting. A free anemia screening is also provided.

**Program Details for the 2003-2004 Fiscal Year: 18 total**

**Brooklyn, NY**
**Hosted by:** Brooklyn Mildred "Barry" Friedman Chapter
**Date:** July 20, 2003
**Where:** SUNY Downstate Medical Center
**Meeting Details:** Program consisted of presentations by renowned nephrologist Eli A. Friedman, MD, a renal dietitian and a Nephrology Nurse Educator. The president of SUNY Downstate Medical Center was also present at the program. Blood pressure screening was available free of charge.
**Number of Attendees:** 73

**Shreveport, LA**
**Hosted by:** North Louisiana Chapter
**Date:** August 1, 2003
**Where:** Willis-Knighton Pierremont Health Center
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and Dietitian. A few patients traveled from Dallas, TX to the program (app. a three hour drive).
**Number of Attendees:** 33

**Los Angeles, CA**
**Hosted by:** Los Angeles Chapter
**Date:** August 10, 2003

11

**Where:** Four Points by Sheraton Culver City
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a panel discussion (social worker, CKD patient and dietitian).
**Number of Attendees:** 65

**Riverside, CA**
**Hosted by:** Riverside Inland Valley Chapter
**Date:** September 13, 2003
**Where:** Hilton San Bernardino
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a question and answer session.
**Number of Attendees:** 8

**Redding, CA**
**Hosted by:** Redding California Chapter
**Date:** September 21, 2003
**Where:** Red Lion Hotel Redding
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and diabetes educator, as well as a question and answer session.
**Number of Attendees:** 20

**Jackson, MS**
**Hosted by:** AAKP
**Date:** September 27, 2003
**Where:** Hilton Jackson
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a panel discussion (social worker, nephrologist, dietitian and nurse).
**Number of Attendees:** 55

**Livingston, NJ**
**Hosted by:** AAKP Northern New Jersey Chapter
**Date:** October 12, 2003
**Where:** St. Barnabas Medical Center
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a dietitian.
**Number of Attendees:** 18

**Ft. Lauderdale, FL**
**Hosted by:** AAKP South Florida Chapter
**Date:** October 19, 2003
**Where:** Ft. Lauderdale Marriott North

12

**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator, diabetes educator and a panel discussion (nephrology nurse educator, social worker and diabetes educator).
**Number of Attendees:** 25

**Baltimore, MD**
**Hosted by:** AAKP
**Date:** November 1, 2003
**Where:** Best Western Hotel and Conference Center
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a diabetes educator/dietitian.
**Number of Attendees:** 25

**West Palm Beach, FL**
**Hosted by:** AAKP Palm Beach County Chapter
**Date:** November 8, 2003
**Where:** Hilton Palm Beach Airport
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator, nephrologist and a panel discussion (two social workers and a dietitian).
**Number of Attendees:** 45

**Tyler, TX**
**Hosted by:** AAKP Piney Woods Chapter
**Date:** November 9, 2003
**Where:** Trinity Mother Frances Hospital
**Meeting Details:** Program consisted of presentation by a Nephrology Nurse Educator and a question and answer period.
**Number of Attendees:** 45

**Tampa, FL**
**Hosted by:** Tampa Bay Chapter
**Date:** February 21, 2004
**Where:** Tampa Marriott Westshore
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator, dietitian, diabetes educator and panel of experts (dietitian, social worker, CKD patient, kidney patient educator, diabetes educator).
**Number of Attendees:** 38

**Anaheim, CA**
**Hosted by:** Harbor – South Bay – Orange County Chapter
**Date:** March 6, 2004
**Where:** Embassy Suites Hotel Anaheim North

13

**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator, and "Ask the Experts" session (dietitian, social worker, pharmacist, nurse).
**Number of Attendees:** 80

**New Orleans, LA**
**Hosted by:** AAKP
**Date:** April 3, 2004
**Where:** Wyndham Metairie – New Orleans
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator and Dietitian/Diabetes Educator Kimberly McKinney, RD, CDE, with the American Association of Diabetes Educators.
**Number of Attendees:** 20

**Brooklyn, NY**
**Hosted by:** AAKP Brooklyn Mildred "Barry" Friedman Chapter
**Date:** April 25, 2004
**Where:** SUNY Downstate Medical Center
**Meeting Details:** Program consisted of a presentation by Eli A. Friedman, MD, a Nephrology Nurse Educator, and a social worker session for both caregivers and patients.
**Number of Attendees:** 93

**Chicago, IL**
**Hosted by:** AAKP
**Date:** May 1, 2004
**Where:** Holiday Inn – Oak Lawn
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator and a presentation by Paul Crawford, MD, followed by a question and answer session.
**Number of Attendees:** 45

**Houston, TX**
**Hosted by:** AAKP
**Date:** May 22, 2004
**Where:** Park Plaza Hotel Reliant Center – Houston
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator and a presentation by Stephen Fadem, MD, followed by a question and answer session.
**Number of Attendees:** 65

**San Diego, CA**
**Hosted by:** AAKP
**Date:** June 26, 2004

14

**Where:** Doubletree Club Hotel
**Meeting Details:** Program consisted of a presentation by a Nephrology Nurse Educator followed by a presentation by a dietitian, Debbie Stanley, RD.
**Number of Attendees:** 30



AAKP has 14 Chapters* nationwide, led by volunteers. AAKP Chapters provide a valuable service by offering local programs to patients and their families. Many chapters hold educational seminars, social functions and support group meetings. Chapters are required to fundraise and produce a newsletter. Membership in AAKP includes membership in the local chapter, where available.

*2003-2004 Chapter Openings:

AAKP's Lehigh Valley Chapter, located in Allentown, PA, officially opened in June 2004.
AAKP's Space City Chapter, located in Houston, TX, officially opened in June 2004.



1.) Los Angeles • Judy Weintraub, President
2.) Harbor-South Bay-Orange County • Mary Heisick, President
3.) Northern New Jersey • Barry Valentine, President
4.) Brooklyn Mildred "Barry" Friedman • Linda Cohen, President
5.) Lehigh Valley • Jill Davis, President
6.) Middle Tennessee • Ellie Durrett, President
7.) Lone Star • Tanya Randle, President
8.) Dallas/Ft. Worth Area • Gene Bates, President
9.) Piney Woods • Edwin Hargraves, President
10.) Space City • Vera Coleman-Foreman, President

16

11.) North Louisiana • Jonnie Marshall, President
12.) Tampa Bay • Donald Dowe, President
13.) Palm Beach County • Charles Glauber, President
14.) South Florida • Edward Gray, President

*Arrived 4/26*

**UNITED STATES**
**OFFICE OF PERSONNEL MANAGEMENT**
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

APR 2 4 2006

Ms. Cynthia S. Schneible
President
Health & Medical Research Charities of America
21 Tamal Vista Blvd., Suite 209
Corte Madera, CA 94925

Dear Ms. Schneible:

We have completed a review of your federation's application to participate in the 2006
Combined Federal Campaign (CFC). I am admitting Health & Medical Research Charities of
America and 109 of the 117 member organizations included in your original list for participation
in the 2006 CFC. Eight member organizations appearing on your list have been denied
participation in the 2006 CFC. These are:

> American Association of Kidney Patients
> Down Syndrome Research and Treatment Foundation
> International AIDS Vaccine Initiative, Inc.
> Medical Education Institute
> Michael J. Fox Foundation
> Multiple Sclerosis, The Heuga Center
> Osteoporosis Foundation
> Sturge-Weber Foundation

An explanation of the reasons for each of these denials appears in Attachment One of this letter.
If, after reviewing the eligibility requirements for CFC (appearing at 5 CFR Part 950), you
believe an error was made in reviewing these members' applications, you may appeal the denials
to Dan G. Blair, Deputy Director of the Office of Personnel Management. Your appeal need only
respond to the deficiencies described in Attachment One. Your appeal must be in writing and
must be received within 10 business days from the date you receive this letter. Appeals should
be sent to:

> U.S. Office of Personnel Management
> CFC Operations – Room 5450
> 1900 E Street, NW
> Washington, DC 20415

OPM continues to experience significant delays with mail service associated with irradiating
mail prior to its delivery to Federal offices. As a result, all organizations submitting an appeal are
vigorously encouraged to use "next day" or "overnight delivery."



EXHIBIT
**B**

ALL-STATE LEGAL®

CON 131-64-4

Please note that we have found the following six members eligible. Although their administrative and fundraising rates exceed 25%, their explanation and formal plan to reduce the rate meets the requirement of 5 CFR §950.203(a)(4). They are:

Alliance for Aging Research (31.0%)
Anxiety Disorders, Panic & Stress Research and Awareness Foundation (26.2%)
Cure Autism Now (26.2%)
Gluten Intolerance Group (28.3%)
Myelin Project (34.0%)
Narcolepsy Network (38.9%)

Best wishes for a successful 2006 campaign!

Sincerely,

Mara T. Patermaster, Director
Office of CFC Operations

Attachment

Health & Medical Research Charities of America
2006 CFC Application
Attachment One

- <u>American Association of Kidney Patients</u> – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006. The attachment contained repetitive text to describe services of the applicant in each state, which is not permitted per CFC Memo 2004-10.

- <u>Down Syndrome Research and Treatment Foundation</u> – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006.

- <u>International AIDS Vaccine Initiative, Inc.</u> – Attachment D of the application (IRS Form 990) reports that 89% of the organization's revenue is derived from government contributions. The CFC regulations require that eligible organizations receive less than 80% of their total revenue from government support.

- <u>Medical Education Institute</u> – The certified public accountant who prepared the organization's audited financial statements (Attachment C) states that he was unable to perform the audit in accordance with generally accepted auditing standards (GAAS) and could not determine if a material amount of revenue was accurately recorded in accordance with generally accepted accounting principles (GAAP). The CFC regulations at 5 CFR §950.203(a)(2) require each organization seeking CFC eligibility to submit audited financial statements prepared by an independent certified public accountant in accordance with Generally Accepted Auditing Standards (GAAS).

- <u>Michael J. Fox Foundation</u> – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006. Service in 2002 is outside the scope of the three-year period.

- <u>Multiple Sclerosis, The Heuga Center</u> – The organization's administrative and fundraising rate is 42.2%. It did not submit an adequate Attachment E. CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.

- Osteoporosis Foundation – The organization's administrative and fundraising rate is 30.0%. It did not submit an adequate Attachment E. CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.

- The Sturge-Weber Foundation – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006.

# Health

**& MEDICAL RESEARCH
CHARITIES OF AMERICA**

May 3, 2006

Mr. Dan G Blair
Deputy Director
U. S. Office of Personnel Management
CFC Operations – Room 5450
1900 E Street, NW
Washington, DC  20415



Dear Mr. Blair:

On April 26, 2006, we received a letter from Ms. Mara Patermaster [Exhibit 1] finding
109 member charities of Health & Medical Research Charities of America eligible for
participation in the Fall 2006 Combined Federal Campaign.  Thank you.

Eight members were denied.  HMR hereby appeals five denials.

### American Association of Kidney Patients

OPM denied American Association of Kidney Patients  (AAKP) because it did
"not include sufficient information to support a claim that it provided or conducted
real services, benefits, assistance, or program activities in 15 or more states over
the three-year period immediately preceding January 2006."  OPM's reviewer,
citing Memorandum 2004-10, claims AAKP's Attachment A "contained repetitive
text to describe services of the applicant in each state which is not permitted per
CFC Memo 2004-10." HMR and SSF appeal this denial as an inaccurate reading
of Memo 2004-10, that the denial is based on an incomplete review of the
documentation, and that it is an inconsistent and arbitrary review of the
federation's submitted documentation.

Memorandum 2004-10 does not include the reviewer's phrase "repetitive text."
2004-10 says that in "some instances.. descriptions that replicate the identical
information for each state in which service is claimed does not adequately allow
OPM to determine that the real services, benefits, assistance or program
activities were provided."  2004-10 does not state use of these type descriptions
are "not permitted" but that "OPM will exercise discretion" to enable its judgment
of those Attachment A submissions.

In addition, the OPM reviewers claim that AAKP's Attachment A has "repetitive text" which, while not a basis for denial in itself as described above, is an incomplete review of AAKP's Attachment A [Exhibit 2]. AAKP's Attachment A does include information for several states that details AAKP's "Finding Your Strength Educational Program". While the statement for this program is similar, the dates, locations and numbers served in each state are unique and apply specifically to each single event. For example, in Florida there was a presentation in March 2003 to 46 people at the Tampa Bay Chapter, a separate presentation in March 2003 to 42 people in St Augustine, and another presentation in October 2003 to 25 people in the South Florida Chapter. While the "Finding Your Strength Program" presentation may be the same, this level of detail certainly provides "sufficient information to support a claim of service" to Florida. We ask that OPM to approve this presentation as sufficient to meet Attachment A standards.

Finally, in denying AAKP's Attachment A, OPM's reviewer has made an inconsistent, arbitrary review of AAKP's application. As part of its initial federation application to OPM, HMR included the Attachment A for new applicant Self Help for Hard of Hearing People [Exhibit 3]. SHHH's Attachment A includes a single service, repetitive statement description of presentations made by Dr. Terry Portis. This description of services is substantially similar to AAKP's Attachment A and yet OPM approved SHHH's application for the 2006 CFC.

Based on the above facts, HMR and AAKP ask that the decision to deny be reversed.


## Down Syndrome Research and Treatment Foundation

OPM denied Down Syndrome Research and Treatment Foundation (DSRTF) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006." Ms. Patermaster's letter does not give further specifics for DSRTF as it did in the AAKP's case above. HMR respectfully asserts that the previously submitted Attachment A was sufficient to meet eligibility and OPM has conducted an inconsistent, arbitrary review of this organization's application materials over the last two years. Finally, that by not detailing the specific reasons for its denial of DSRTF, OPM has effectively denied the applicant its due process appeal rights under 5CFR§950.

DSRTF's Attachment A [Exhibit 4] states on page 1 that it is detailing activities for its "most recent fiscal year, 9/04 to present." DSRFT lists activities from late 2004 through 2005 in 16 states, including dates, places and a description of services provided at each event. DSRTF further includes a report entitled "Application for Combined Federal Campaign; Attachment A -- 2005 Application" that details activities during 2003 and 2004. This data clearly provides "sufficient information to support" DSRTF's claim of service to 15 states. HMR stands by its approval of this documentation and asks OPM to reconsider its decision to deny.

Furthermore, as DSRTF states in Exhibit 5, their "Application for Combined Federal Campaign; Attachment A – 2005" is <u>the exact documentation submitted and approved by OPM for DSRTF's inclusion in the 2005 CFC. The dates of service on the document (2003-2004) still fall under the three year rule to qualify for the 2006 application.</u> In additional DSRTF followed the 2005 OPM approved format and included additional 2005 services covering 16 states. HMR requests that an OPM reconsider its denial. Otherwise based on the facts, OPM's decision to deny will be inconsistent with its earlier finding of eligibility.

Finally, HMR asks that OPM accept and approve DSRTF's Attachment A because by not detailing specifically its basis for denial, as OPM did for other HMR applicants, OPM has denied DSRTF an adequate appeal process.

Based on the above facts, HMR and DSRTF ask that the decision to deny be reversed.


## Michael J. Fox Foundation for Parkinson's Research

OPM denied Michael J. Fox Foundation for Parkinson's Research (MJFF) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006." Specifically, OPM's reviewer states: "Service to 2002 is outside the scope of the three year period." HMR and MJFF appeal this denial as an incomplete review of the documentation and an improper application of CFC standards. Furthermore HMR asserts that it is an inconsistent and arbitrary review of the federation's submitted documentation.

MJFF's submitted Attachment A [Exhibit 6] does include a few inclusions of grant payment dates during 2002. None of these were used by HMR as a basis for approval because each was followed by two or three additional large grants during the years 2003 and 2004. Therefore HMR contends that a complete reading of the MJFF's shows "sufficient information to support a claim of service" during 2003-2005.

OPM's review claim that "2002 is out the scope" of the three year period is not contested in this appeal. What HMR does argue is that simply including information outside the three-year period is not a basis for denial. That information is simply disregarded. MJFF's Attachment A includes 16 states of service and no state relies solely on service during 2002 to qualify. Each includes additional grants during 2003 and 2004. To deny on the basis of inclusion of 2002 information is an improper application of the three-year standard.

Finally, in denying MJFF's Attachment A, OPM's reviewer has made an inconsistent, arbitrary review of AAKP's application.  As part of OPM's sample request of HMR applications [Exhibit 7], included the Attachment A for new applicant Loma Linda University Medical Center [Exhibit 8].  LLUMC Attachment A includes a 2002 column of service for each state. This inclusion of 2002 information is substantially similar to MJFF Attachment A and yet OPM approved LLUMC's application for the 2006 CFC.

Based on the above facts, HMR and MJFF ask that the decision to deny be reversed.

## Multiple Sclerosis, The Heuga Center

OPM denied Multiple Sclerosis, The Heuga Center (THC) because it did not submit an "adequate Attachment E" which requires an explanation for rate above 25% and a formal plan to reduce.

THC's previously submitted Attachment E [Exhibit 9] is attached along with THC's appeal submission [Exhibit 10] that elaborates on the previously submitted explanation and plan to reduce.  HMR and THC respectfully request that OPM review the submitted materials and reconsider its denial of a one-year overhead waiver for THC.

## The Sturge-Webber Foundation

OPM denied the Sturge-Webber Foundation (SWF) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006." Ms. Patermaster's letter does not give further specifics for SWF as it did in the AAKP's case above.  HMR respectfully asserts that the previously submitted Attachment A was sufficient to meet eligibility specifically described in OPM Memo 2003-9.  Also, this appeal asserts that OPM has conducted an inconsistent  review of this organization's application materials over the last two years.  Finally, that by not detailing the specific reasons for its denial of DSRTF, OPM has effectively denied the applicant its due process appeal rights under 5CFR§950.

SWF Attachment A [Exhibit 11] includes dates, places and a description of services provided to 19 states.  OPM's Memo 2003-9 provides a section titled "Example of Qualifying Attachment A."  The SWF's submitted Attachment A is substantially similar to the content and format stipulated in Memo 2003-9 and clearly provides "sufficient information to support" SWF's claim of service to 15 states.  HMR stands by its approval of this documentation and asks OPM to reconsider its decision to deny.

Furthermore, as SWF states in Exhibit 12, OPM reviewed and approved for 2005 participation documentation that was substantially less in detail than SWF's 2006 submitted Attachment A. At HMR's request, SWF submitted additional information using OPM Memo 2003-9 as a guide. OPM's decision to deny is inconsistent with its previous decision. OPM accepted a less detailed Attachment A from the organization when it applied as an unaffiliated in 2005 than when it applied with HMR in 2006.

Finally, HMR asks that OPM accept and approve SWF's Attachment A because by not detailing specifically its basis for denial, as OPM did for other HMR applicants, OPM has denied SWF an adequate due process appeal.

Thank you very much for considering these appeals.

OPM's decisions for **International AIDS Vaccine Initiative, Medical Education Institute, and Osteoporosis Foundation** will not be appealed.

Respectfully,

Cindy Schreible
President

cc:    Mac Canter, Copilevitz & Canter, L L C

Encl.  Exhibits 1-12



**UNITED STATES**
**OFFICE OF PERSONNEL MANAGEMENT**
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

**JUL 17 2006**

Ms. Cynthia S. Schneible
President
Health & Medical Research Charities of America
21 Tamal Vista Boulevard, Suite 209
Corte Madera, CA 94925

Dear Ms Schneible:

Pursuant to the authority delegated by the Director of the U.S. Office of Personnel
Management (OPM), Linda M. Springer, I have completed a review of Health & Medical
Research Charities of America's appeal on behalf of five member organizations to be
listed as a national/international unaffiliated agency for the 2006 Combined Federal
Campaign. I am admitting Multiple Sclerosis, The Heuga Center and Down Syndrome
Research and Treatment Foundation. I am sustaining the decision to deny the
applications of the American Association of Kidney Patients, Michael J. Fox Foundation
for Parkinson Research, and The Sturge-Webber Foundation. This brings the total
number of organizations approved for participation to 111.

Eligibility criteria regulations for CFC national organizations are set forth at 5 CFR
§950.202 and §950.203. These regulations require that national and international
applicants provide a schedule of real services, benefits, assistance, or program activities
in at least 15 or more different states or one foreign country within the three year period
immediately preceding the start of the campaign year to which it is applying. The
American Association of Kidney Patients is denied because the applicant has claimed
services in states for which it had only provided educational materials about the
organization's work. Mere dissemination of information and publications is not
considered a real service and does not meet the national eligibility criteria. Services
claimed for this applicant in the states of Alabama, Colorado, District of Columbia,
Indiana, and Utah are therefore not considered sufficient to satisfy the national eligibility
criteria. Use of repetitive text typically makes it more difficult for OPM to determine that
an applicant has demonstrated provision of real services, and OPM has determined, in its
judgment, that in this instance the use of broad descriptions replicating identical
information for a variety of the states in which service was claimed did not adequately
allow OPM to determine that real services, benefits, assistance or program activities were
in fact provided, nor did it enable OPM to determine the individuals or entities who
benefited. Use of repetitive text by another applicant is not relevant to this determination.



EXHIBIT
D
ALL-STATE LEGAL®

Ms. Cynthia S. Schneible
Page 2

The Michael J. Fox Foundation for Parkinson Research is denied because the level of service in a number of states is insufficient to satisfy eligibility criteria. The award of a grant in 2002 is a service outside the scope of the three year period. The fact that multiple payments are made with respect to that grant in years subsequent to 2002 does not qualify each of the multiple payments as an independent service, as the award had already been made. Thus, service, in Alabama and Georgia are not considered states in which the applicant has demonstrated service sufficient to satisfy national eligibility criteria. Moreover, regarding a variety of states in which a single grant was provided, the organization was viewed as providing an insufficient level of service to satisfy national eligibility criteria.

The Sturge-Weber Foundation is denied because the description of some of the activities set forth in its Attachment A are not considered to constitute real services, benefits, assistance or program activities. As an example, services claimed in Hawaii are "a local family held yard sale and distributed information." Raising funds may assist the organization to accomplish its mission, but the application fails to demonstrate that the applicant organization provided services or benefits in that state. Mere dissemination of information and publications is not considered a real service and does not meet the national eligibility criteria, which is set forth by regulation at 5 CFR 950.202(a) and are further explained in CFC Memorandum 2004-10. Service in the following states was similarly discounted: Illinois; Louisiana; Utah; Virginia; and Washington. Services claimed in Florida and Wisconsin feature publicity for the organization but do not clearly demonstrate real services provided by the organization. Whether an application has been accepted in a prior year is not relevant to each annual eligibility determination, and particularly so in this case as the 2005 CFC application was not reviewed by OPM but was the subject of a federation certification of eligibility.

The Office of CFC Operations will be contacting you via email (info@hmr.org) with instructions on how to provide the 25-word statements that will appear with your federation's listing in the 2006 CFC brochure.

Best wishes for a successful 2006 campaign.

Sincerely,

Dan G. Blair
Deputy Director

*EXHIBIT 3*

## Attachment A:  Real Services, Benefits or Program Activities

I certify that the organization named in this application provided or conducted real services, benefits, assistance, or program activities, in 15 or more different states – or one foreign country – over the three year period immediately preceding the date of this application (2003, 2004, 2005). Include as Attachment A a list of each state – or foreign countries – where program activities have been provided and a detailed description of the program

Organization Name: Self Help for Hard of Hearing People

# National

### California                                                                                        (Attachment A)

> Month of Service: February          Type of Service: Disabilities
> Year of Service: 2004
> Number of People Served: Thousands

Description of Service:
California SHHH Convention - presentation by Dr. Terry Portis, Executive Director of SHHH. Information, education, support and advocacy for people with hearing loss.

### Colorado                                                                                        (Attachment A)

> Month of Service: February          Type of Service: Disabilities
> Year of Service: 2004
> Number of People Served: Hundreds

Description of Service:
Colorado hearing loss meeting - presentation by Dr. Terry Portis, Executive Director of SHHH. Information, education, support and advocacy for people with hearing loss.

### District of Columbia                                                                        (Attachment A)

> Month of Service: May              Type of Service: Disabilities
> Year of Service: 2005
> Number of People Served: Thousands

Description of Service:
Hearing On the Hill event May 18, 2005 Washington, DC. Brenda Battat and Patrick Holkins exhibited SHHH booth at this event and Terry Portis and Patrick Holkins met with Congressional Representatives to educate them on issues relating to hearing aids and audiology services

### Florida                                                                                        (Attachment A)

> Month of Service: February          Type of Service: Disabilities
> Year of Service: 2004
> Number of People Served: Hundreds

Description of Service:
Florida hearing loss event - presentation by Dr. Terry Portis, Executive Director of SHHH. Information, education, support and advocacy for people with hearing loss.



ALL-STATE LEGAL®

**EXHIBIT**

**E**

**Louisiana** (Attachment A)

Month of Service: **March**          Type of Service: **Disabilities**
Year of Service: **2005**
Number of People Served: **Hundreds**

Description of Service:
**Sponsored by Cochlear Americas Marcia Finisdore represented SHHH by participating on an Accessibility Panel at the CTIA Wireless Conference in New Orleans 14-16 March, 2005.**

**Maryland** (Attachment A)

Month of Service: **June**          Type of Service: **Disabilities**
Year of Service: **2004**
Number of People Served: **Thousands**

Description of Service:
**Television appearance re hearing loss by Dr. Terry Portis, Executive Director of SHHH. Information, education, support and advocacy for people with hearing loss.**

**Michigan** (Attachment A)

Month of Service: **April**          Type of Service: **Disabilities**
Year of Service: **2004**
Number of People Served: **Thousands**

Description of Service:
**Michigan State SHHH Conference - information, education, support, and advocacy for people with hearing loss.**

**New Jersey** (Attachment A)

Month of Service: **Whole Year**          Type of Service: **Disabilities**
Year of Service: **2004**
Number of People Served: **Hundreds**

Description of Service:
**New Jersey State Association and 5 NJ Chapters. Chapters hold monthly or quarterly self help meetings for people with hearing loss. The NJ State Association does work and events related to information, education, support and advocacy for people with hearing loss. SHHH has over 250 chapters across the United States.**

**New Mexico** (Attachment A)

Month of Service: **February**          Type of Service: **Disabilities**
Year of Service: **2004**
Number of People Served: **Hundreds**

Description of Service:
**New Mexico hearing loss meeting/event - presentation by Dr. Terry Portis, Executive Director of SHHH. Information, education, support and advocacy for people with hearing loss.**

**New York** (Attachment A)

Month of Service: **March**          Type of Service: **Disabilities**
Year of Service: **2004**
Number of People Served: **Hundreds**

Description of Service:
**SUNY Conference on hearing loss - presentation by Dr. Terry Portis, Executive Director of SHHH. Information, education, support and advocacy for people with hearing loss.**

**North Carolina** (Attachment A)

    Month of Service: **Whole Year**    Type of Service: **Disabilities**
    Year of Service: **2004**
    Number of People Served: **Thousands**

Description of Service:
**North Carolina State Association and 9 NC Chapters. Chapters hold monthly or quarterly self help meetings for people with hearing loss. The NC State Association does work and events related to information, education, support and advocacy for people with hearing loss. SHHH has over 250 chapters across the United States.**

**Oregon** (Attachment A)

    Month of Service: **Whole Year**    Type of Service: **Disabilities**
    Year of Service: **2004**
    Number of People Served: **Hundreds**

Description of Service:
**Oregon State Association and 8 Oregon Chapters. Chapters hold monthly or quarterly self help meetings for people with hearing loss. The Oregon State Association does work and events related to information, education, support and advocacy for people with hearing loss. SHHH has over 250 chapters across the United States.**

**Pennsylvania** (Attachment A)

    Month of Service: **Whole Year**    Type of Service: **Disabilities**
    Year of Service: **2004**
    Number of People Served: **Thousands**

Description of Service:
**Pennsylvania State Association and 12 PA Chapters. Chapters hold monthly or quarterly self help meetings for people with hearing loss. The PA State Association does work and events related to information, education, support and advocacy for people with hearing loss. SHHH has over 250 chapters across the United States.**

**Texas** (Attachment A)

    Month of Service: **October**    Type of Service: **Disabilities**
    Year of Service: **2004**
    Number of People Served: **Thousands**

Description of Service:
**Texas SHHH Convention – presentation by Dr. Terry Portis, Executive Director of SHHH. Information, education, support and advocacy for people with hearing loss.**

**VIRGINIA** (Attachment A)

    Month of Service: **Whole Year**    Type of Service: **Disabilities**
    Year of Service: **2004**
    Number of People Served: **Thousands**

Description of Service:
**Virginia State Association and 9 VA Chapters. Chapters hold monthly or quarterly self help meetings for people with hearing loss. The VA State Association does work and events related to information, education, support and advocacy for people with hearing loss. SHHH has over 250 chapters across the United States.**

# International

**Canada**

(Attachment A)

Month of Service: **June**          Type of Service: **Disabilities**
Year of Service: **2004**
Number of People Served: **Thousands**

Description of Service:
**Canadian Bard of Hearing Association (CHHA) Conference - presentation by Dr. Terry Portis, Executive Director of SHHH. Information, education, support and advocacy for people with hearing loss.**

**HearingLoss.org**
*Self Help for Hard of Hearing People*



Federal CapTel
*Telephone Captioning Service*

HOME  ABOUT US  GET INFORMED  GET INVOLVED  TOOLS  CONVENTION  E-NEWS



The local chapters, state organizations and DC area office of SHHH work together to form a national support network for people who are hard of hearing and their families.

| Alabama | Kentucky | North Dakota |
| Alaska | Louisiana | Ohio |
| Arizona | Maine | Oklahoma |
| Arkansas | Maryland | Oregon |
| California | Massachusetts | Pennsylvania |
| Colorado | Michigan | Rhode Island |
| Connecticut | Minnesota | South Carolina |
| Delaware | Mississippi | South Dakota |
| District of Columbia | Missouri | Tennessee |
| Florida | Montana | Texas |
| Georgia | Nebraska | Utah |

| | | |
|---|---|---|
| Hawaii | Nevada | Vermont |
| Idaho | New Hampshire | Virginia |
| Illinois | New Jersey | Washington |
| Indiana | New Mexico | West Virginia |
| Iowa | New York | Wisconsin |
| Kansas | North Carolina | Wyoming |

Last modified: Sun Aug 21 2005 12:00:36

Return to Referring Page

Programs that specifically support our chapters and states would include:

_ Free  marketing material – SHHH provides its chapters with a total of at  least $30-$40,000 in free marketing materials and collateral every year.  This would include membership brochures, FAQ brochures, brochures on  targeted topics (such as cochlear implants), and *Hearing Loss* magazine.

_ Chapter  and state association manuals – SHHH provides every local affiliate  with a vast amount of information about setting up their organization,  best practices, fund raising ideas, speaker topics, governance, job  positions, and so on.

_ Nonprofit  status - SHHH offers them access to its 501c3 status, allowing them to  take advantage of this status in many ways.

_ Advice  and counsel – SHHH has a dedicated staff member (the director of  chapter and member services) who fields dozens to hundreds of chapter questions  each week.

_ Presentations  and special programs by SHHH leaders – the SHHH executive director,  associate executive director, and chapter and member services director  make a combined total of at least 30-40 visits to affiliates every year.  These visits are usually for 1-2 days, and are often in support of special events (such as state conventions). The visiting staff member gives  presentations on special topics, often participates in local newspaper and  television interviews, and spends substantial time in motivational and  coaching activities.

_ Leaders  listserv – SHHH offers a forum specifically for state and chapter  leaders to discuss issues and share ideas. All SHHH staff participate in  this listserv, offering advice when appropriate. The executive director is  a frequent contributor to this forum, as are the Board members.

_ Grassroots  advocacy training – for the past 5 years, a top focus for SHHH has  been building and strengthening its 13

state associations (as well as its leading chapters, about 40 large organizations nationwide). The director of public policy leads this effort, interacting with affiliates on a weekly basis, educating them on every aspect of grassroots advocacy, helping them lead state level campaigns and petitions to enforce federal law, or create change at the state and local level. This is one of our most effective programs, much appreciated by our affiliates.

_ Leadership Training – this is a 3 part program: 1) seminar at SHHH's offices, 2) seminar in a chosen state each year, and 3) seminar at the SHHH convention.

A free 2-day seminar offered to about 12-15 SHHH leaders or future leaders every year at SHHH's offices. This program teaches students everything from governance to grassroots advocacy to fund raising. All expenses are paid for students to attend nationwide. Most years a 2nd seminar is offered in a state with a state association, and students are chosen from that area. This seminar is a "train the trainer" event. Both seminars are underwritten by SHHH via donations from sponsors, and come at no cost to participants (see below for information about the convention seminar).

_ Hearing Assistive Technology (HAT) training – a free 2-day seminar offered to all SHHH members, but with most attendees chosen from its state and chapter leadership. 12-15 people per year attend for free, all expenses paid, for this "train the trainer" seminar on HAT. Again, this is an incred

_ Fund raising programs – SHHH runs a variety of special fund raising programs to assist chapters, including (Fall 2005) offering them a significant "commission" when they sign up students for the American Academy of Hearing Loss Support Specialists online learning program. SHHH is launching a walkathon in 2006, which is driven by the Board and SHHH, but will create a substantial fund raising opportunity for chapters and states.

_ Free education at the annual SHHH convention (a large annual

event for consumers with hearing loss) - SHHH includes a variety of programs targeted to state and chapter leaders – from special parties, to roundtables on a wide variety of topics such as how to generate publicity, how to motivate members, (hearing) accessibility for meetings, the 501c3 process, and so on. In addition, SHHH offers an additional free leadership training seminar at every convention available to affiliate leadership.

_ Discounted online education – chapter and state leaders are encouraged to become better educated about hearing loss through SHHH online education program, the American Academy of Hearing Loss Support Specialists. At this time they are offered a steep discount and encouraged to enroll; as soon as SHHH can afford it, they will be given the program for free and required to enroll as part of their role as hearing loss leaders.

_ Website support – SHHH maintains chapter pages on its website, listing all pertinent information for every one of its 250+ chapters. Links to chapter websites are also included.

This page can be found on the web at the following url:
http://www.opm.gov/cfc/html/cal2005-2006.asp

# Office of Personnel Management

The Federal Government's Human Resources Agency 

     **Donors**          **Campaigns**          **Charities**

    

*Disasters Emergencies*

## 2005/2006 Calendar of Events

**Search CFC:**

2005/2006 | 2004/2005 | 2003/2004

| Submit Query |

| Date | Event |
|------|-------|
| September 1 - December 15, 2005 | 2005 Combined Federal Campaign official solicitation period. -- 5 CFR §950.102(a) |
| September 15, 2005 | Deadline for LFCCs to send copies of the CFC Audit Guide reports and supporting documentation to OPM. |
| December 1, 2005 | 2006 PCFO financial information for payroll disbursements due to OPM. |
| December 1, 2005 | OPM will begin to accept 2006 National/International applications |
| December 8, 2005 | 2006 CFC National/International Application Training |
| December 15, 2005 | OPM transmits listing of PCFO financial information to payroll offices for disbursements made during the 2006 pay year. |
| December 15, 2005 | Recommended deadline for LFCC decisions on 2006 campaign mergers and expansions. |
| January 13, 2006 | Recommended deadline for LFCC to advertise for 2006 PCFO applications via Public Notice. (Regulatory deadline is February 1.) The application period must be open a minimum 14 calendar days, but it is recommended that it remain open for 30 calendar days. -- 5 CFR §950.104(c) |
| January 31, 2006 | Closing date for National/International applications (Must be received in CFC Office no later than 5:00pm EST. Late |

Welcome

Top of the News

Search Options

Contacts

Accountability

Regulations and Guidance

Charity Qualifications and Materials

Campaign Results, Trends and History

FAQs

Glossary

Archives

Email CFC

FirstGov



|  |  |
|---|---|
|  | applications will not be considered.) |
| February 1, 2006 | Regulatory deadline for LFCC to advertise for 2006 PCFO. |
| February 15, 2006 | Recommended deadline for 2006 PCFO Applications to the LFCC. |
| March 8-11, 2006 | CFC Regional Workshop – Ft. Lauderdale, FL |
| March 13, 2006 | Recommended opening date for 2006 local applications. (Recommended date only - LFCCs may determine the application period dates for their individual campaign-however, all local application decisions must be completed by the LFCC no later than May 5, 2006.) |
| March 15, 2006 | Deadline for LFCCs to select a PCFO - 5 CFR §950.801(a)(3) |
| March 15, 2006 | Deadline for PCFOs to mail to designated agencies the names and addresses of 2005 donors who wish to receive acknowledgement of their gift. -- 5 CFR §950.601(c) |
| March 15, 2006 | Deadline for PCFOs to mail designation or "accounting" letters to designated charities and/or federations. - 5 CFR §950.601(c) |
| March 24, 2006 | Deadline for Submission of Form 1417 to OPM. |
| April 1, 2006 | Deadline for Large CFCs (More than $500,000 in receipts) to begin 2005 disbursements. - 5 CFR §950.901(i)(2) |
| April 9-12, 2006 | CFC Regional Workshop - Palm Springs, CA |
| April 14, 2006 | Recommended closing date for 2006 Local applications |
| May 5, 2006 | Recommended date for LFCC to notify local organizations of eligibility decisions in writing. -- 5 CFR §950.204(e) |
| May 22, 2006 | LFCCs begin receiving appeals within seven (7) business days of the date of receipt of the initial LFCC decision or fourteen (14) calendar days from the date the decision was mailed, whichever is earlier. |
| June 1, 2006 | Deadline for Small CFCs (Less than $500,000 in receipts) to begin 2005 disbursements. - 5 CFR §950.901(i)(2) |
| June 16, 2006 | Deadline for decisions by LFCC on all local organization appeals. |

| July 31, 2006 | Date for completion of 2006 National/International List of Participating Agencies (posted on OPM website) |
| July 31, 2006 | Target date for OPM to complete Local appeals. |
| August 1, 2006 | CFC Audit Guide reports and supporting documentation must be submitted to the LFCC. |
| September 1 - December 15, 2006 | 2006 Combined Federal Campaign Official Solicitation Period. -- 5 CFR §950.102(a) |
| September 15, 2006 | Deadline for LFCCs to send copies of the CFC Audit Guide reports and supporting documentation to OPM. |
| December 1, 2006 | OPM will begin to accept 2007 National/International Applications |

Office of Personnel Management                                    Site Index | A-Z
1900 E Street NW, Washington, DC 20415-1000 | (202) 606-1800 | TTY (202) 606-2532

Contact Us | Important Links | Forms | FAQ's | Products & Services