IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF ) <br> KIDNEY PATIENTS ) <br> 3505 E. Frontage Rd., Ste. 315 ) <br> Tampa, Fl. 33607 ) <br> ) <br>       Plaintiff, ) <br> ) <br>     -v- ) <br> ) <br> LINDA M. SPRINGER ) <br> in her official capacity as ) <br> Director of the United States Office ) <br> of Personnel Management ) <br> 1900 E Street, N.W. ) <br> Washington, D.C. 20415-0001, ) <br> ) <br>       Defendant. ) <br> ) | Civil Action No._____ |

**MOTION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION**

Based upon the verified Complaint and the Memorandum of Points and Authorities submitted herewith, plaintiff, the American Association of Kidney Patients ("AAKP"), respectfully moves the Court as follows:

1. To issue a temporary restraining order restraining the exclusion of AAKP from the 2006 Combined Federal Campaign ("CFC") and suspending *pendente lite* the final administrative determination, dated July 17, 2006, by the Director of the Office of Personnel Management ("Director") denying plaintiff's application for inclusion in the 2006 CFC;

2. To issue a preliminary injunction suspending the aforesaid final administrative determination and mandating inclusion of AAKP in the 2006 CFC, pending final hearing and determination of this cause; and

3.    To issue an order compelling defendant to show cause before this Court why a preliminary injunction should not be issued embracing the terms and conditions set forth above.

Plaintiff notes that despite receiving its appeal on or about May 3, 2006, OPM did not respond with its final determination until July 17, 2006, which was received by AAKP on July 24, 2006, just days before the CFC National List is finalized. This gave AAKP only a very brief period of time in which to retain counsel and prepare pleadings, resulting in significant hardship to AAKP.

For the reasons stated in the Complaint and in the attached Memorandum of Points and Authorities, plaintiff submits defendant's decision to exclude AAKP from the 2006 CFC was arbitrary, capricious, and an abuse of discretion and violated AAKP's First Amendment rights. Unless this Court enjoins the denial of AAKP's application for inclusion in the 2006 CFC, AAKP will be immediately and irreparably harmed, for which injury there exists no adequate remedy at law.

AAKP respectfully requests an expedited hearing on this motion.

>Respectfully submitted,
>
>AMERICAN ASSOCIATION OF KIDNEY PATIENTS

By Counsel

/s/
Bernard J. DiMuro, Esq. (D.C. Bar #929406)
DIMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
(703) 684-4333
(703) 548-3181 (facsimile)

Noland MacKenzie Canter, III (D.C. Bar #93616)
Mark J. Diskin (D.C. Bar #334086)
Copilevitz & Canter, LLC
1900 L Street, N.W., Suite 215
Washington, D.C. 20036

*Counsel for Plaintiff*